# Exhibit A

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              0486
    RECIPIENT ADDRESS     912022324748
    DESTINATION ID
    ST. TIME              06/02 14:07
    TIME USE              00'17
    PAGES SENT            1
    RESULT                OK
```

## Suggested Fax Sheet for Notifying Consular Officers of Arrests or Detentions

Date: __2 June 2010__          Time: __1430__

To:   Embassy/Consulate of __Russia__ in __Washington D.C.__, __Dist. of Columbia__
                              (Country)        (City)              (State)

      Fax: __(202) 232-4748/(202) 387-6902__ (see http://www.travel.state.gov/law/consular/consular_745.html for phone/fax nos.)

Subject: NOTIFICATION OF ARREST/DETENTION OF A NATIONAL OF YOUR COUNTRY

From:

  Name: __Special Agent Robert Zachariasiewicz__
  Office: __Drug Enforcement Administration__
  Street Address: __14560 Avion Parkway__
  City: __Chantilly__          State: __Virginia__          ZIP: __20151__
  Telephone: __(703)488-4353__          Fax: __(703) 488-4411__

We arrested/detained the following foreign national, whom we understand to be a national of your country, on __30 May 2010,__ .

  Mr./Mrs./Ms: __Konstantin Yaroshenko__
  Date of Birth: ▮▮▮▮▮
  Place of Birth: __Russia__
  Passport Number: __(Russian Passport▮▮▮▮__
  Date of Passport Issuance:
  Place of Passport Issuance: __12 December 2012__

To arrange for consular access, please call (212) 637-2212 – AUSA Jenna Dabbs (SDNY)

## Suggested Fax Sheet for Notifying Consular Officers of Arrests or Detentions

Date: _____2 June 2010_____        Time: _____1430_____

To:    Embassy/Consulate of _Russia_____ in _Washington D.C._, _Dist. of Columbia_
                                  (Country)                  (City)              (State)

   Fax: (202) 232-4748/(202) 387-6902 (see http://www.travel.state.gov/law/consular/consular_745.html for phone/fax nos.)

**Subject: NOTIFICATION OF ARREST/DETENTION OF A NATIONAL OF YOUR COUNTRY**

**From:**

   Name: Special Agent Robert Zachariasiewicz
   Office: Drug Enforcement Administration
   Street Address: 14560 Avion Parkway
   City: Chantilly                State: Virginia          ZIP: 20151
   Telephone: (703)488-4353              Fax: (703) 488-4411

**We arrested/detained the following foreign national, whom we understand to be a national of your country, on** _____30 May 2010,_____.

   Mr./Mrs./Ms: Konstantin Yaroshenko
   Date of Birth: ■■■■■■
   Place of Birth: Russia
   Passport Number: (Russian Passport) ■■■■■
   Date of Passport Issuance:
   Place of Passport Issuance: 12 December 2012

**To arrange for consular access,** please call (212) 637-2212 – AUSA Jenna Dabbs (SDNY) between the hours of ___1000___ and ___1600___. Please refer to Konstnatin YAROSHENKO when you call.

**Comments/Charges (optional):**