4-24-2014

Statement concerning Mr. Yaroshenko

I have worked at Royal Hotel in Monrovia as a security officer for 7 years. On May 28, 2010 Americans came and gave me and my assistant 20 dollars American and told us to leave for 15 minutes.

I witnessed that NSA agents came and took Mr. Yaroshenko from the parking lot as we watched from the corner parking.

A bag was placed over the head of Mr. Yaroshenko and he was beaten and put into a vehicle and taken away.

The manager of the hotel at that time was a Pilipino man and he ordered the hotel security to follow and see where Mr. Yaroshenko was taken because he wanted to inquire about the hotel bill that was pending. Mr. Yaroshenko was taken to NSA Headquarters building.

Later the American and NSA people came and took all of his belongings.

I make these statements truthfully and to the best of my knowledge.

*[signature]* 4-24-2014

WITNESS

Tamba Kanda Kanda

4/24/2014

