4-24-2014

Statement concerning Mr. Yaroshenko

I have worked at Royal Hotel in Monrovia in reception for 9 years. I recently obtained other employment 2 weeks ago.

I was working on May 28, 2010 when Americans came to pay the hotel bill of Mr. Yaroshenko when at the same they collected his belongings

Previously I witnessed that NSA agents came and took Mr. Yaroshenko from the parking lot.

Mr. Yaroshenko was seized by men and put into a vehicle and taken away.

I remember this very well as a report was given that evening and this report was recorded and a record was kept in the hotel management records.

Mr. Yaroshenko was in at the Royal Hotel for almost 3 weeks and the hotel staff and hotel security knew him very well.

I make these statements truthfully and to the best of my knowledge.

*Samuel Eastman*

4-24-2014

WITNESS –
Tamba Kanda *Kanda*
4-24-2014

