4-23-2014

Statement concerning Mr. Yaroshenko

I have worked at Royal Hotel in Monrovia, Liberia for 5 years and I am a student in communications at the University.

Mr. Konstantin Yaroshenko stayed at Royal hotel in May of 2010.

Mr. Yaroshenko was captured outside of the Royal Hotel by American and NSA Officers. The American officer was giving the orders of his capture.

A vehicle came to the Royal Hotel and Mr. Yaroshenko approached the vehicle. Mr. Yaroshenko was captured into the vehicle and a bag was placed over the head of Mr. Yaroshenko and he was taken away.

There were two men that also stayed in Royal Hotel at that time that watched the movement of Mr. Yaroshenko's at all times.

NSA Officers went to his room and took all of his belongings.

I remember this incident and it was witnessed by several individuals in the restaurant including me.

I make these statements truthfully and to the best of my knowledge.

*[signature]* 4/23/2014

WITNESS
CHARLES MORRIS
*[signature]*
4-23-14



NATIONAL ELECTIONS COMMISSION
Voter's Card
County: GRD KRU
Registration Center Code: 19630
Age: 28
Sex: M
Voter ID Number: 113229512
Name: Yeah, Joshua T.