4-24-2014

Statement concerning Mr. Yaroshenko

I have worked at Royal Hotel in Monrovia, Liberia for about 10 years.

I remember well what happened to Mr. Konstantin Yaroshenko in May of 2010.

Mr. Yaroshenko was captured outside of the Royal Hotel by American and Liberian officers. The American officer was giving the orders of his capture. A bag was placed over the head of Mr. Yaroshenko and he was beaten and put into a vehicle and taken away.

There were two men that also stayed in Royal Hotel at that time that monitored Mr. Yaroshenko's movements every minute.

Officers went to his room and took all of his belongings.

I remember this situation vividly as it caused unrest for other clients of the hotel and for several days security at the hotel was a issue.

I make these statements truthfully and to the best of my knowledge.

*[Signed] W. Krakah 4/23/2014*

