```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
                                    )
UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )      No. 09 cr 524 (JSR)
                                    )
vs.                                 )
                                    )
CHIGBO PETER UMEH,                  )
                                    )
              Defendant.            )
------------------------------------
```

DECLARATION OF CHIGBO UMEH
ON THE EVENTS THAT TOOK PLACE
IN COLOMBIA IN MARCH-APRIL, 2010

I, Chigbo Umeh, depose and state that the following facts are true and correct under penalty of perjury to wit:

1. Towards the end of March, 2010, I was introduced to Mr. Ocevedo in a house in Bogota, Columbia.

2. When arriving at the house, there were a few individuals already there. One female who goes by the name Glady or something like that, I can't remember. Glady is in her late forties or late thirties.

3. Also at the house, there is an old man in his late seventies and I believe he is an occupant of the house we are in.

4. Also there are three other gentleman: Ocevado, Humberto, and I didn't get the name of the third when I was introduced to him.

5. The conversation and introductions were made and started by Ocevado and the first thing he asked me is, "am I by any chance working for the police or as an undercover for law enforcement, tell him now?" I replied "no."

6. Ocevado then asked me to explain what kind of contact that I have with the son of President Mr. Fumbah Searleaf in Liberia. After I explained he told me that he and the people who were present are interested in being my partner and they will provide the drugs and transportation to Liberia.

7. We all agreed that Humberto will be the person who will travel with me to Liberia to confirm what I have told them before they will send there drugs.

8. At that time, Ocevado informed me that I need to give them two weeks to get ready because they are bust at the moment with some shipments of drugs to Mexico, which Humberto is the person organizing and they have to finish what they already started. After they are done with the Mexico shipment, Humberto will be free to go with me to Liberia.

9. On or about two weeks from the original day of our first meeting, we returned to the same house in Bogoto, as was arranged by Ocevedo.

10. When we arrived this day, everybody that was present at the first meeting was there, apart from Humberto. Ocevedo went on to inform me that there had been a little problem with our plan that would lead to more of a delay on my trip to Liberia.

11. Ocevedo informed me that Humberto was arrested some days ago arranging the drug shipment to Mexico.

12. I told Ocevedo if they start working with me to Africa, they will not need to send the drugs to Mexico anymore because I will show them how easy it is, and how they will benefit more money wise and less risk to their drugs.

13. Ocevedo went on to inform me, that the new guy, who goes by the name Mr. Santiago, who is sitting in on today's meeting with us, will be the person who will replace Humberto and will travel with me to Liberia. And they would like for me to give them some time for him to arrange himself to be able to travel with me in about two weeks.

14. We all agreed to meet again in the same house, in two weeks, when all the final arrangments would be presented to me.

15. On or about two weeks from our last meeting, we met again in the same house as planned. Again, all that were present at the last meeting were present at the house.

16. They told me that Santiago is ready to travel anytime from then, and after some discussion, we all agreed that I should go ahead and start my journey back to Liberia since I will be traveling through France and Santiago needs a visa to travel with me on the same route. Instead, Santiago will travel via Moroco.

17. I believe we may have met one more time before I finally travelled back to Europe, the first week of May, 2010.

18. D.E.A. records will show that the individual known as Mr. Santiago is working for the D.E.A. Office in Colombia and was injected into the investigation due to the arrest of the individual know to me as Mr. Humberto.

I, Chigbo Umeh, declare under the penalty of perjury that the above stated facts are true and correct.

Executed on the 16 day of April, 2014.

_____
Chigbo Umeh