```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )    No. 09 cr 524 (JSR)
                                    )
vs.                                 )
                                    )
CHIGBO PETER UMEH,                  )
                                    )
                Defendant.          )
                                    )
-----------------------------------
```

DECLARATION OF CHIGBO UMEH
ON THE EVENTS THAT TOOK PLACE
IN LIBERIA IN OCTOBER, 2009

I, Chigbo Umeh, depose and state that the following facts are true and correct under the penalty of perjury to wit:

1. I came back to Liberia alone on Saturday October 10, 2009.

2. I had a meeting with Spyro "Nabil", Mr. Searleaf and Mr. Souh at N.S.A. office.

3. This meeting was recorded on tape which was given to us.

4. That same day, about 5:00 pm, Mr. Cyril Allen whom was the person that introduced us (meaning Edwin Adimorah and I) to Mr. Fumbah Searleaf, came to see me at the Hotel Cristal where I was staying.

5. We discussed how my trip to South America went and my meeting that day with his friend Mr. Fumbah Searleaf.

6. I told him that I had an appointment with Fumbah that night at Mambo Point Hotel and Casino to have a drink and for us to discuss some issues I would like to clarify with him personally.

7. Cyril Allen picked up his phone and called Fumbah. After speaking with him on the phone for about five-(5) minutes, he told me that Fumbah is sorry that he can't see me anymore that night as we had planned, but instead, will have brunch with me the next day, Sunday October 11, 2009.

8. After that, Cyril Allen, called his cousin or friend Edwin Adimorah who is in Nigeria. I spoke to him also and after that we talked about other things in general that are not related to drug deals.

9. Cyril Allen, prior to leaving that night from the hotel, managed to extort £2,000 from me because he claimed that he was broke. This had become standard behavior since I first met him. He always tries to extort as much money from me as possible on the pretense that he is helping out with the drug deal.

10. The next day, Sunday October 11, 2009, I was picked up from the Hotel Cristal where I was staying by the same N.S.A. officers who are always with me anytime I was in Liberia. They went by the names Jeo and Derrick. They picked me up at about 11:00 a.m. and drove to a private house with a high fence and a big red gate.

11. When I went inside the compound, I found a bungalow that was meant for family residence but it was instead being used as a restaurant.

12. I went inside the house through the only door opened and saw Mr. Searleaf and Mr. Souh sitting right there at the door.

13. The table they were sitting at was pushed up to the wall with 3 seats and I sat between Mr. Sealeaf and Mr. Souh, who were facing each other, and I was between the two.

   a. After I sat down, Mr. Searleaf introduced me to the young lady that is the owner of the restaurant, but I can't remember her name now. She a heavy set lady in her thirties, about 5'7'' tall weighing about 190 pounds. Funmbah told me that this lady was living in Boston, and after the war was over, she was one of the courageous enough to come and start helping the country get back on it's feet again. When I came back to Liberia in May of 2010, Derrick, the N.S.A. officer who drives me around took me on several occasions to the same lady's brand new restaurant she opened in downtown Liberia. Now I know why we always went to her restaurant and she kept looking at me.


[This space left blank]

14. When I sat down I noticed there were other people in the restaurant besides the two individuals I was seated with. They were all white european looking and there were about 4 to 6 people with a mix of male and female. They were two tables away from us.

15. I didn't think nothing at that moment because to Liberia standards, this was an upscale restaurant serving buffet brunch, which is out of reach to many Liberians. So I just assumed in my mind that those people must be expatrates working in Liberia for their embassies, U.N. or one of the many orginizations there at the moment..

16. However, after I was arrested, it came back to me that those were all D.E.A. agents who were observing my meeting with Mr. Searleaf and Mr. Souh. I remember one of the ladies face, she was staring at me when I went to get my food, but kind of pretending to not be looking at me.

17. This lady sitting at that table was one of the D.E.A. agents who escorted us onto the plane to the U.S.A. She was sitting in front of me and Rayan Rapasky on the flight.

18. Back to the meeting, on this day I told Mr. Searleaf that I have a concern that brought me back to Liberia because there has been a lot of changes since the last time I was there with the whole plan.

19. I told Mr. Searleaf that if it was the terms of the drug deal, that I would have negotiated that over the phone with them or sent my partner, Edwin Adimorah, to come do that, but because I over sold my connection with him to my Colombian partners, they told me that if I claimed to know Mr. Searleaf so well, then I will not have a problem staying with them as a guarantee when the airplane leaves to liberia from Venezuela, until the pilot comes back safely.

20. After that I can then go back and do the selling because they will know for sure that all is well, and if not I will be paying with my life.

21. I said that will not be a problem because I know that if I refuse to do that, they will not do anymore drug deals with me anymore.

22. I then asked Mr. Searleaf that although Cyril Allen has promised m  that all is well as far as they are in charge, that I would like to hear from him too, that I will not be putting

my head to death in Colombia and he (Mr. Searleaf) told that his brother Cyril Allen is right by telling me that I have nothing to worry about because he is in charge of the country's security and the worst case senario must pass through him or his office and the only thing that will happen is we can only do it one time and stop.

23. After that I told him that the other reason is about the plan with his financial secràtary or assistant, who goes by the name of Nabil, wanting to send some drugs to the U.S.A., and he asked me what about it?

24. I then made it very clear that I have a big problem with it because I know that if he understands what he is getting himself involved with by this plan, he will not want to do it and I will explain this to him now.

25. I then explained to him that I have been in prison in the U.S.A. for drugs and that I know how the D.E.A. operates.

26. Moreover, I said it will not be a problem with him using his contact to put the drugs in the U.S.A. but it is selling, and whoever is selling will tell law enforcement where they are getting it from and then that person will tell them where they are getting it from, because they are left with no choice when arrested in the U.S.A.. Further, this will all lead to him and he will have no choice but to come to me and even this will bring his mother's government down.

27. I saw the shock on their faces when I was explaining these senarios to them, but I was thinking that it was because of what I was explaining to them that was shocking them, but to find out later there was another reason-they thought I was on to them and there plan.

28. Mr. Searleaf then asked me, how will he get his money then because he can not do anything with his drugs and he don't want me to play with his money by leaving it to me?

29. I told him thats why we are partners on this deal and all he has to do is the part of security because he is not a drug dealer and he can leave the rest to me.

30. Mr. Searleaf asked how can I guarantee that he will get his money?

31. I told him that if he trusted Cyril Allen who introduced me to him?

32. He responded, "with all his life."

33. I told him that he has to trust me also, because Cyril Allen is like family to me. When the drugs arrive in Liberia I will bring $1,000,000.00 (one million dollars) from Lagos to give him to settle all urgent expenses he may have and all I need from that moment is only 500kg from all the drugs to give my buyers from Europe who I have arranged with and they will give me there money for those and out of this money I will pay him his remaining money while he is still in total control of the

remaining drugs. So at no time he is at risk of losing his money.

34. The way I put it to him, there was no way he would still want to send drugs to the U.S.A. because if he said that, he knows that I will know something is up and he would have never seen me again. Up until this point I have not given him any money apart from the money Cyril Allen had extorted from me before, all in total $22,000.00 up to the time of my arrest.

35. Mr. Searleaf told me okay, we will do it as I want, as far as his money is safe which I told him I will be the last person to disappoint him, because I need him.

36. We went ahead and spoke about other things in general on what is happening in Liberia and what other legal business I could invest on later in Liberia and politics. After the N.S.A. officer drove me back to the hotel.

37. I met again with Mr. Souh and Nabil the following day to take information of where to transfer the initial $200,000.00 (two hundred thousand dollars) to them at my hotel's restaurant.

38. All of this was on the tape of October 12, 2009.

39. Two weeks later, I gave the first $100,000.00 (one hundred thousand dollars) in Lagos as I was directed by Nabil and Mr. Sauh.

40. Sometime in November, 2009 when Edwin Admorah was traveling to Liberia, he went with the remaining $100,000.00 (one hundred thousand dollars) which he gave to Cyril Allen.

41. Cyril Allen informed me that Mr. Searleaf don't want me to discuss the other $100,000.00 (one hundred thousand) with anybody working for him, Nabil or Mr. Sauh.

42. I never discussed it with anybody because Nabil on several occassions asked me about it, but I never gave him any answer according to the instructions given to me by Cyril Allen and Edwin Adimorah who made me understand that he (Cyril Allen) told Mr. Searleaf to his face that Edwin has given him the remaining $100,000.00 (one hundred thousand dollars).

43. I believe that just like Mr. Searleaf never discussed other things I had agreed with him, with Nabil, like our plan agreed on that day of October 11, 2009, of not sending any drugs to the U.S.A., that he did not want him to know anything about this money, also.

44. I did not see it my place to interfere with how he runs his business because he is the person in charge and his instructions, which I believe, is final.

45. All this I explained to my lawyer, Mr. Fisher. I don't know why he went ahead and started accusing Agent Ryan Rapasky during cross examination of knowing about the $100,000.00 (one hundred thousand dollars) because I believe that Mr. Rapasky did not know about it but he suspected that I had given the money to Cyril Allen because he asked me about when I was talking with him on our way to the U.S.A. after I was arrested.

46. Agent Ryan Rapasky admitted to me that after my conversation with Mr. Searleaf in the restaurant that they did not think I would be coming back because they believed I was on to them. But I told him when Mr. Searleaf and Mr. Allen told me that the selling would be in my hands, that I have nothing further to worry about, thats why I went ahead and gave them the money as our committment.

47. I asked agent Ryan Rapasky during our conversation on the flight to the U.S.A. from Liberia: What would have been my fate if their drugs had arrived in Liberia during the November-December period of 2009, when I was in Colombia arranging it before it was canceled?

48. Agent Rapasky told me that he didn't know because there was nothing they could do to save my life, that thats what I get for my way of life.

I, Chigbo Umeh, declare under the penalty of perjury that the above stated facts are true and correct.

Executed on the 16 day of April, 2014.

_____
Chigbo Umeh