Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2015

United States _____

Konstantin Yaroshneko _____

Docket No.: 09-cr-00524-JSR

Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Konstantin Yaroshenko _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [X], order denying defendant's motion for new trial
(specify)

entered in this action on May 21, 2015
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [✓]   Sentence only [ ]   Conviction and Sentence [ ]

Date 06/03/2015
TO _____

Alexey V. Tarasov
(Counsel for Appellant)

Address  723 Main Street
Suite 310
Houston, Texas 77002

Telephone Number: 832-623-6250

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript  [✓] I am not ordering a transcript  Reason  [ ] Daily copy is available  [ ] U.S. Attorney has placed order  [✓] Other. Attach explanation | Prepare transcript of  [ ] Prepare proceedings _____  [ ] Trial _____  [ ] Sentencing _____  [ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE   *Alexey Tarasov*   DATE 06/03/2015

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05